CSD 2012 [03/01/15]
Name, Address, Telephone No. & I.D. No.

DAVID L. SKELTON, TRUSTEE #96250
REBECCA E. PENNINGTON #174488
RICHARD L. STEVENSON #239705
OFFICE OF THE CHAPTER 13 TRUSTEE
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101   (619)338-4006

Order Entered on August 13, 2018
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

RAJESH NARAYANAN

Debtor.

BANKRUPTCY NO. 18-00758 LA13

**ORDER DISMISSING CHAPTER 13 CASE AFTER HEARING**

Upon consideration of a Motion to Dismiss this case

☐ Filed by _____, Creditor, and after due notice to the Debtor(s), attorney of record for the Debtor(s), if any, and the Chapter 13 trustee;

☐ Filed by David L. Skelton, Chapter 13 Trustee, and upon hearing requested by the Debtor(s);

☐ Filed or orally made at a regular hearing before the Judge of the United States Bankruptcy Court by the Debtor(s) and upon notice to the Chapter 13 Trustee;

☑ Filed by the Chapter 13 Trustee in conjunction with a regularly noticed hearing on an Objection to Confirmation of the Debtor's proposed Chapter 13 Plan for the reasons set forth on the record;

☐ Other:

and there being no opposition thereto, or if opposition was made or filed, following a hearing as indicated above.

IT IS HEREBY ORDERED AND ADJUDGED THAT:
1. This case is dismissed without prejudice as to this debtor only.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-2(a).
3. All stays now in effect for this case are vacated and

DATED:    August 13, 2018

*[signature]*
Judge, United States Bankruptcy Court

CSD 2012